338 F.2d 341
 YUBA CONSOLIDATED INDUSTRIES, INC. and Insurance Company of
North America, Appellants,
v.
The FIDELITY & CASUALTY COMPANY OF NEW YORK et al., Appellees.
 No. 21565.
 United States Court of Appeals Fifth Circuit.
 Nov. 30, 1964.
 
 Richard H. Switzer, Shreveport, La., Lunn, Irion, Switzer, Trichel & Johnson, Shreveport, La., of counsel, for appellants.
 Charles L. Mayer, Wilton H. Williams, Jr., Mayer & Smith, Shreveport, La., Blanchard, Walker, O'Quin & Roberts, Shreveport, La., of counsel, for appellees.
 Before JONES and BELL, Circuit Judges, and HUNTER, District Judge.
 PER CURIAM.
 
 
 1
 The judgment is affirmed on the opinion of the District Court. See Mills v. Fidelity & Casualty Company of New York, et al., W.D.La.1964, 226 F.Supp. 786.
 
 
 2
 Affirmed.